UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRY TRIGGS, #214324,

    Plaintiff,

v.

    File no: 2:20-cv-08

    HON. ROBERT J. JONKER

UNKNOWN BARNHARDT,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 16, 2021 (ECF No. 37). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 37) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Adam Bernhardt's motion for summary judgment (ECF No. 18) is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:  January 19, 2022

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant was named in the complaint as "Unknown Barnhardt." Defendant's affidavit, ECF No. 20-2 at PageID.204, lists defendant as "Adam Bernhardt."